**Dismissed and Memorandum Opinion filed November 20, 2014.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-14-00766-CV

---

## ZAHID IQBAL, Appellant

## V.

## WILD WEST PLUMBING, Appellee

---

**On Appeal from the County Court at Law No. 3
Fort Bend County, Texas
Trial Court Cause No. 13-CCV-051472**

---

## M E M O R A N D U M   O P I N I O N

According to information provided to this court, this is an appeal from a judgment signed August 19, 2014. The clerk's record has not been filed. On October 24, 2014, the Fort Bend County Clerk's office notified this court that appellant has not paid for preparation of the record. In addition, our records show that appellant has not paid the $195.00 appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless indigent); *see also* Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and

Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 13-9127 (Tex. Aug. 16, 2013) (listing fees in court of appeals); Tex. Gov't Code § 51.207 (same). On October 6, 2014, this court notified appellant that the filing fee was past due and the appeal was subject to dismissal unless appellant paid the fee by October 16, 2014. No response was filed.

On October 24, 2014, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b). Appellant has not provided this court with proof of payment for the record or filed any other response to the court's notice.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices McCally, Brown, and Wise.